JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CYMEYON VICTOR HILL,

      Plaintiff,

    v.

DR. KEVIN QUINONEZ-TRUONG,

      Defendant.

No. ED CV 26-323-JLS(E)

JUDGMENT

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  June 24, 2026

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE